UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kevin Larrabee

v.                                         06-cv-178-SM

United States of America

O R D E R

Petitioner filed a Motion to Vacate, Set Aside or Correct a Sentence Under 28 U. S. C. § 2255 on May 18, 2006.

Respondent shall file an answer or other pleadings on or before June 19, 2006.

SO ORDERED.

May 25, 2006

_____
Steven J. McAuliffe
Chief Judge

cc:   Peter E. Papps, Esq.
      Donald Kennedy, Esq.